ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF THE GSAMP TRUST 2005-SEA2,<br><br>Plaintiff,<br><br>vs.<br><br>THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; RED ROCK FINANCIAL SRVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-245-GMN-PAL<br><br>**STIPULATION AND ORDER FOR COST BOND** |

1. Pursuant to NRS 18.130(1) and the NOTICE OF DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1) filed by SFR Investments Pool 1, LLC on Feruary 29, 2016 [Dkt. No. 10], is granted.

2. Deutsche Bank, shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to defendant SFR within seven (7) days of the entry fo this order.

**ORDER**

IT IS SO ORDERED: _____

UNITED STATES DISTRICT COURT JUDGE

DATED this __23__ day of March, 2016.

1

DATED this 21st day of March, 2016.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Natalie L. Winslow, Esq.*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>AKERMAN LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>Telephone:  (702) 634-5000<br>Facsimile:  (702) 380-8572<br>Email:  natalie.winslow@akerman.com<br><br>*Attorneys for Plaintiff* | */s/ Diana Cline Ebron, Esq.*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone:  (702) 485-3300<br>Email:  diana@kgelegal.com<br><br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |

2