MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, NV 89135
Telephone: 702.262.6899
Facsimile:  702.597.5503
mconnot@foxrothschild.com
ksutehall@foxrothschild.com

*Attorneys for Defendant The Foothills at*
*Southern Highlands Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF THE GSAMP TRUST 2005-SEA2,<br><br>Plaintiff,<br><br>v.<br><br>THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No  2:16-cv-00245-GMN-PAL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED between Plaintiff Deutsche Bank National Trust Company, as Trustee for the Holders of the GSAMP Trust 2005-SEA2 and Defendant The Foothills at Southern Highlands Homeowners Association ("Defendant"), by and through their undersigned attorneys, that Defendant may have up to and including April 19, 2016 in which to respond to Plaintiff's Complaint.

///

///

///

1

ACTIVE 39888834v1

This is the first request for extension in this matter.

Dated: April 14, 2016

**FOX ROTHSCHILD LLP**

/s/ Mark J. Connot
_____
MARK J. CONNOT, ESQ. (10010)
KEVIN M. SUTEHALL, ESQ. (9437)
1980 Festival Plaza Drive, #700
Las Vegas, NV 89135
Telephone: 702.262.6899

*Attorneys for Defendant The Foothills at Southern Highlands Homeowners Association*

Dated: April 14, 2016

**AKERMAN LLP**

/s/ Miles N. Clark
_____
Darren T. Brenner, Esq. (8386)
Miles N. Clark, Esq. (13848)
Natalie L. Winslow, Esq. (12125)
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: 702.634.5000

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: April 20, 2016

ACTIVE 39888834v1

2