ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF THE GSAMP TRUST 2005-SEA2,<br><br>Plaintiff,<br>vs.<br><br>THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00245-GMN-PAL<br><br>**STIPULATION AND ORDER FOR COST BOND** |

Plaintiff Deutsche Bank National Trust Company, as trustee for the holders of the GSAMP Trust 2005-SEA2 (**Deutsche Bank**), and Defendant Foothills at Southern Highlands Homeowners Association, (**Foothills**) hereby stipulate and agree as follows:

1.      Pursuant to NRS 18.130(1) and the request for cost bond filed by Foothills as DKT NO. 21, Deutsche Bank shall deposit with the Clerk of the Court a cost bond in the amount of $500.

DATED this 21st day of April, 2016.

| **AKERMAN LLP** | **FOX ROTHSCHILD LLP** |
|---|---|
| */s/ Natalie L. Winslow, Esq.*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>AKERMAN LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br>Email: natalie.winslow@akerman.com<br><br>*Attorneys for Plaintiff* | */s/ Mark J. Connot, Esq.*<br>MARK J. CONNOT, ESQ.<br>Nevada Bar No. 10010<br>KEVIN M. SUTEHALL, ESQ.<br>Nevada Bar No. 9437<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>Telephone: (702) 262-6899<br>Email: mconnot@foxrothschild.com<br><br>*Attorneys for Defendant Foothills at Southern Highlands Homeowners Association* |

## ORDER

**IT IS HEREBY ORDERED** that the Motion for Demand for Security of Costs (ECF No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Deutsche Bank National Trust Company must deposit a cost bond in the amount of $500.00 with the Clerk of Court.

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED** this  22  day of April, 2016.