1

2

3

4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

DEUTSCHE   BANK   NATIONAL   TRUST   COMPANY,

8

Plaintiff,

9

v.

10

FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, et al.,

11

12

Defendants.

Case No. 2:16-cv-00245-GMN-PAL

ORDER

13      Before the court is Plaintiff's Motion to Stay Rule 30(b)(6) Deposition and for a

14   Protective order to Limit Deposition Topics (ECF No. 42), and Emergency Motion for Protective

15   Order (ECF No. 43).  The court has considered the motions.  For good cause shown,

16      **IT IS ORDERED** that:

17      1.  A temporary protective order is entered precluding the 30(b)(6) deposition from

18          going forward as noticed pending a decision on the merits.

19      2.  A hearing on the Motion to Stay (ECF No. 42) and Motion for Protective Order (ECF

20          No. 43) is set for **9:30 a.m., September 8, 2016**.

21      DATED this 10th day of August, 2016.

22

23

24   PEGGY A. LEEN
     UNITED STATES MAGISTRATE JUDGE

25

26

27

28