UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCATION, et al.,<br><br>Defendants. | Case No. 2:16-cv-00245-GMN-PAL<br><br>ORDER |

On December 22, 2017, Chief Judge Navarro lifted the stay in this matter and gave the parties until January 12, 2018 to file motions for summary judgment. As such,

**IT IS ORDERED:**

1. The parties' joint pretrial order shall be due no later than **February 12, 2018**.
2. In the event dispositive motions are timely filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.
3. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

Dated this 4th day of January, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE