AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Deutsche Bank National Trust Company, et al.,

          Plaintiffs,

   v.

Foothills at Southern Highlands Homeowners Association, et al.,

          Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-00245-GMN-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default Judgment is entered in favor of Counter Claimant SFR Investments Pool 1, LLC, and against Cross Defendant Mortgage Electronic Registration Systems, Inc.

11/2/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ K. Ferris  
Deputy Clerk